| | | | |
|---|---|---|---|
| JP Morgan Chase Bank v. Leinbach [53] | 02/17/2016 709 MAL (2015) | Denied | Pa.Super., 131 A.3d 88 |
| Muller v. Aquatic and Fitness Center [54] | 02/08/2016 380 EAL (2015) | Denied | Pa.Super., 120 A.3d 1048 |
| Neducsin v. Caplan [55] | 02/03/2016 503 EAL (2015) | Denied | Pa.Super., 121 A.3d 498 |
| Perelman Charitable Remainder Unitrust Under Agreement of Trust Dated April 25, 1996, In re; Perelman, In re [56] | 02/17/2016 384–388 EAL (2015) | Denied | Pa.Super., 113 A.3d 296 |
| Ramos v. Jones [57] | 02/08/2016 493 MAL (2015) | Denied | Pa.Super., 121 A.3d 1126 |
| Wyatt v. Wyatt [58] | 02/08/2016 536 MAL (2015) | Denied | Pa.Super., 122 A.3d 1130 |
| Bank of America v. W.C.A.B. (Petroziello) [59] | 02/17/2016 483 MAL (2015) | Denied | |

53. Justice EAKIN did not participate in the consideration or decision of this matter.

54. Justice EAKIN did not participate in the consideration or decision of this matter.

55. Justice EAKIN did not participate in the consideration or decision of this matter.

56. Justice EAKIN and WECHT did not participate in the decision of this matter.

57. Justice EAKIN did not participate in the consideration or decision of this matter.

58. Justice EAKIN did not participate in the consideration or decision of this matter.

59. Justice EAKIN did not participate in the consideration or decision of this matter.